297 U.S. 711, 56 S.Ct. 575

The N. P. SEVERIN COMPANY, a Co-partnership of which N. P. Severin and A. N. Severin are Members, et al., Petitioners, v. Edithe YOUNG, by Stella Young, her Mother and Nearest Friend.

No. 701.

Supreme Court of the United States.

Feb. 17, 1936.

For opinion below, see 79 F.(2d) 884.

Mr. Walter L. Clark, of Baltimore, Md. (George M. Naus, of San Francisco, Cal., of counsel), for petitioners.

Petition for writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied.